**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TAL PRYSTOWSKY** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **CSAA FIRE & CASUALTY** | ) | |
| **INSURANCE COMPANY** | ) | |
| **Defendant.** | ) | |

**NOTICE OF REMOVAL**

TO: United States District Court
for the Eastern District of Pennsylvania

Defendant, CSAA Fire & Casualty Insurance Company, hereby removes this action to this Court from the Court of Common Pleas of Philadelphia County, Pennsylvania. In support thereof, Defendant states as follows:

1. On or about August 11, 2025, Plaintiff, Tal Prystowsky, filed a Complaint against Ameera Einsen and CSAA Fire & Casualty Insurance Company, in the Court of Common Pleas of Philadelphia County, Pennsylvania, Civil Action No. 250801105. A true and correct copy of the Complaint is attached hereto as Exhibit A.

2. According to Plaintiff's Complaint, Plaintiff's cause of action arises out of an August 24, 2024, motor vehicle accident and seeks recovery of damages for the alleged injuries sustained as a result of the aforementioned accident. See Exhibit A.

3. Plaintiff further claims that he sustained serious severe and permanent bodily injuries to his neck, lower back and legs. See Exhibit A at ¶ 10.

4. On or about August 24, 2026, Plaintiff filed a Stipulation of Dismissal dismissing all claims against Defendant, Ameera Eisen. A true and correct copy of the Stipulation of Dismissal is attached hereto as Exhibit B.

5. The only Defendant remaining in this action is CSAA Fire & Casualty Insurance Company.

**GROUNDS FOR REMOVAL**

6. The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. *See* 28 U.S.C §1332(a)

7. Plaintiff is a citizen of the Commonwealth of Pennsylvania. Defendant, CSAA Fire & Casualty Insurance Company, is a corporation incorporated under the laws of the State of Indiana.

6. Diversity of citizenship exists in that no Plaintiff is a citizen of Indiana and no Defendant is a citizen of Pennsylvania.

7. Plaintiff's Complaint seeks damages in excess of Seventy-Five Thousand ($75,000.00) Dollars.

8. Pursuant to 28 U.S.C. §1446(c)(2)(B), removal of the action is proper on the basis of an amount in controversy asserted under Subparagraph (a) if the district court finds, by a preponderance of the evidence, that the amount in controversy exceeds the amount specified in Section 1332(a).

9. Plaintiff seeks damages in an amount above the statutory limit under Section 1332(a) of Seventy-Five Thousand ($75,000.00) Dollars.

10. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §1332; venue is proper under 28 U.S.C. §1391 because the Complaint was filed in the Court of Common Pleas of Philadelphia County, Pennsylvania, and this action is removable pursuant to 28 U.S.C §1332.

11. This notice is timely because it is being filed within thirty (30) days of the filing of the Stipulation dismissing all claims against Defendant, Ameera Eisen, leaving CSAA Fire & Casualty Insurance Company, as the only Defendant; and Defendant, CSAA Fire & Casualty Insurance Company is not a resident of Pennsylvania. *See,* 28 U.S.C. §1446(b). See Exhibit B.

12. Pursuant to 28 U.S.C. §1446(d), Defendant is giving Plaintiff written notice of removal, and is filing a copy of this Notice of Removal with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania.

WHEREFORE, Defendant, CSAA Fire & Casualty Insurance Company, hereby removes this action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted

By:______________________________

JUSTIN P. LINDSEY, ESQUIRE
PA I.D. No. 321656
RIEMENSCHNEIDER & LINDSEY
1501 Lower State Road, Suite 305
North Wales, PA 19454
(215) 997-1555
Attorney for Defendant,
CSAA Fire & Casualty Insurance Company

Dated: August 28, 2026